IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DENEAL SHINE,

       Appellant,

 v.                                  Case No. 5D22-2215
                                        LT Case No. 2018-CF-380-A-X

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed July 25, 2023

3.850 Appeal from Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Deneal Shine, Indiantown, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Allison L. Morris, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

 MAKAR, SOUD and BOATWRIGHT, JJ., concur.